# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREEM MYERS,** : | |
| Petitioner, : | |
| v. : | **CIVIL NO. 08-4309** |
| : | **CRIMINAL NO. 05-619-6** |
| **UNITED STATES OF AMERICA.** : | |

## ORDER

**AND NOW,** this 10th day of June, 2010, upon consideration of Petitioner's Amended Habeas Corpus Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 and the accompanying memorandum [Doc. Nos. 527, 528], the Government's response [Doc. No. 535], the record before the Court, and for the reasons stated in the foregoing Memorandum Opinion and on the record at the evidentiary hearing on March 31, 2010, it is hereby **ORDERED** that Petitioner's Motion is **DENIED**.

Petitioner's Application for a Certificate of Appealability [Doc. No. 551] is also **DENIED**. Petitioner has not made a substantial showing of the denial of a constitutional right.

It is so **ORDERED**. The Clerk of the Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**